PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
JESHAWNA R. HARRELL, ESQ. (STATE BAR NO. 257773)
PRICE AND ASSOCIATES
A Professional Law Corporation
901 Clay Street
Oakland, CA 94607
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-mail: pypesq@aol.com

JOHN L. BURRIS, ESQ. (STATE BAR NO. 69888)
Law Offices of John L. Burris
7677 Oakport Street, Suite 1120
Oakland, CA 94620
Telephone (510) 839-5200
Facsimile: (510) 839-3882
E-mail: john.burris@johnburrislaw.com

Attorneys for Plaintiffs
YVETTE DANIELS, MARIA AGUILAR
and KAREN CURRIE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE DANIELS, MARIA AGUILAR AND KAREN CURRIE, individually and on behalf of all persons similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>    Defendant. | NO. 2:10-CV-00003-MCE-DAD<br><br>**STIPULATION AND ORDER TO ENLARGE PRETRIAL SCHEDULING ORDER**<br><br>HON. MORRISON C. ENGLAND |

    Per the Pretrial Scheduling Order issued in this case on October 19, 2010, all discovery for class certification is to be completed by March 3, 2011. On October 28, 2010, Plaintiffs timely objected to the Pretrial Scheduling Order because Attorney Pamela Y. Price, lead counsel for Plaintiffs, is not available at the time of the hearing is scheduled, and respectfully requested that the Court reset the Class Certification hearing. The Court has yet to

rule on Plaintiffs' Objection to the Pretrial Scheduling Order.

Good cause exists for this Stipulation because both parties are desirous of completing the discovery in the case, which is critical to the fair administration of justice and essential to the fact-finding process. Plaintiffs have been limited in their ability to conduct discovery because their counsel, Price And Associates, purchased a building and moved the office to its new location taking up much of the Firm's time and resources, in December and January. The office was closed to the public for two weeks at the end of December 2010. Additionally, attorney George S. Khoury, a key member of the litigation team, unexpectedly and abruptly left Price And Associates in January 2011.

Since then the parties have attempted to conduct the necessary discovery needed to prepare for Plaintiffs' Class Certification. Having met and conferred, the deposition of Plaintiff Maria Aguilar was scheduled for February 9, 2011, the deposition of Plaintiff Yvette Daniels for February 10, 2011, and the deposition of Plaintiff Karen Currie for February 17, 2011.

On February 8, 2011, Ms. Talley informed me that she would not be able to proceed with Ms. Aguilar's deposition scheduled for February 9th, because she was ill with the flu. Ms. Aguilar's deposition cannot be rescheduled until after March 4, 2011, because Ms. Aguilar will be out of the country from February 15, 2011 through March 4, 2011.

Plaintiffs intend to notice and take Defendant California Department of Corrections and Rehabilitation's deposition under Federal Rule 30(b)(6). Due to defense counsel's upcoming trial schedule, it will be difficult to schedule this key deposition before the current discovery cut-off date. Having met and conferred, counsel for both parties are agreeable to moving all dates in the Pretrial Scheduling Order, and propose to modify the current Pretrial Scheduling Order as follows:

| EVENT | CURRENT DATE | PROPOSED DATE |
| --- | --- | --- |
| Class Certification Discovery Cut-Off: | March 3, 2011 | May 18, 2011 |
| Class Certification Hearing | May 5, 2011 | July 20, 2011 |

| | |
|---|---|
| Dated: February 9, 2011 | PRICE AND ASSOCIATES |
| | /s/ *Jeshawna R. Harrell* <br> JESHAWNA R. HARRELL, Attorney for Plaintiffs |
| Dated: February 9, 2011 | CALIFORNIA DEPARTMENT OF JUSTICE <br> DEPUTY ATTORNEY GENERAL |
| | /s/ *Jill H. Talley* <br> JILL H. TALLEY, Attorney for Defendant |

## **ORDER**

Pursuant to the foregoing stipulation of the parties and good cause appearing therefore, **IT IS HEREBY ORDERED** that Class Certification Discovery Cut-Off shall be moved to May 18, 2011, and the Class Certification Hearing shall be continued to July 28, 2011 at 2:00 p.m. (the July 20, 2011 date proposed by the parties is unavailable).

Dated: February 18, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE