PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
JESHAWNA R. HARRELL, ESQ. (STATE BAR NO. 257773)
PRICE AND ASSOCIATES
A Professional Law Corporation
901 Clay Street
Oakland, CA 94607
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-mail: pamela.price@pypesq.com
E-mail: jharrell@pypesq.com

JOHN L. BURRIS, ESQ. (STATE BAR NO. 69888)
Law Offices of John L. Burris
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone (510) 839-5200
Facsimile: (510) 839-3882
E-mail: john.burris@johnburrislaw.com

Attorneys for Plaintiffs
YVETTE DANIELS, MARIA AGUILAR
and KAREN CURRIE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE DANIELS, MARIA AGUILAR AND KAREN CURRIE, individually and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>Defendant. | NO. 2:10-CV-00003-MCE-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER TO ENLARGE PRETRIAL SCHEDULING ORDER**<br><br>HON. MORRISON C. ENGLAND |

Per the Stipulation and Order to Enlarge Pretrial Scheduling Order filed on February 13, 2011, all discovery for class certification is to be completed by May 18, 2011. Plaintiffs have served a number of discovery requests, including Request for Production of Documents and Special Interrogatories. Plaintiffs have also noticed two Persons Most Knowledgeable (hereinafter "PMK") depositions for April 26th and April 27th. Due to Ms. Talley's trial schedule these depositions did not go forward.

-1-
STIPULATION AND [PROPOSED] ORDER 2:10-CV-00003-MCE-DAD

Ms. Daniels' deposition was taken on February 10, 2011 and May 17, 2011. Ms. Currie's deposition was taken on February 17, 2011. Ms. Aguilar's deposition was noticed for May 13, 2011, but did not go forward due to the unavailability of counsel and Ms. Aguilar. The parties are working to reschedule Ms. Aguilar's deposition as soon as possible.

Defendant CDCR served Plaintiffs with Request for Production of Documents on March 2, 2011. Plaintiffs produced documents in response to Defendant CDCR's Request for Production of Documents on April 11, 2011. There are some outstanding issues regarding Plaintiffs' responses, which the parties hope to resolve.

Good cause exists for this Stipulation because both parties are desirous of completing the discovery in the case, which is critical to the fair administration of justice and essential to the fact-finding process. Plaintiffs have served two sets of Special Interrogatories, two sets of Request for Production of Documents and two PMK Deposition Notices. Defendant CDCR has objected to all of Plaintiffs' Special Interrogatories, Requests for Production of Documents and PMK Deposition Notices. The parties have met and conferred and resolved some of the issues raised by CDCR, including all objections to the PMK Deposition Notices. Despite the parties' best efforts there still remains unresolved issues relating to Plaintiffs' Special Interrogatories and Request for Production of Documents. Plaintiffs have noticed a Motion to Compel with Magistrate Judge Drozd for June 24, 2011 (Doc. # 19). The parties hope to have these issues resolved expeditiously so Plaintiffs can move forward with their Class Certification Motion.

Defendant CDCR has agreed to produce two witnesses and will produce policies and procedures related to the public and open display of sexually explicit at adult inmate institutions and the possession and display of sexually explicit materials at juvenile institutions. The parties are working on scheduling those depositions as soon as possible.

Due to the outstanding depositions that need to be taken, and the pending discovery hearing regarding Defendant CDCR's responses to Plaintiffs' discovery requests, counsel for both parties are agreeable to moving the discovery cut-off, and the Class Certification Hearing, and propose to modify the current Pretrial Scheduling Order as follows:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Class Certification Discovery Cut-Off: | May 18, 2011 | September 30, 2011 |
| Class Certification Hearing | July 20, 2011 | November 17, 2011 |

Dated: May 20, 2011     PRICE AND ASSOCIATES

   /s/ *Jeshawna R. Harrell*
JESHAWNA R. HARRELL, Attorney for Plaintiffs


Dated: May 20, 2011     CALIFORNIA DEPARTMENT OF JUSTICE
DEPUTY ATTORNEY GENERAL

   /s/ *Jill H. Talley*
JILL H. TALLEY, Attorney for Defendant


**ORDER**

Pursuant to the foregoing stipulation of the parties and good cause appearing therefore, **IT IS HEREBY ORDERED** that Class Certification Discovery Cut-Off dated May 18, 2011 shall be moved to September 30, 2011, and the Class Certification Hearing shall be continued to November 17, 2011, at 2:00 p.m. in Courtroom 7.

Dated:  May 27, 2011

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE