UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE DANIELS, et al., | No. 2:10-cv-00003-MCE-AC |
| Plaintiffs, | |
| v. | **NON-RELATED CASE ORDER** |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | |
| Defendant. | |
| YVETTE DANIELS, | No. 2:12-cv-02999-MCE-EFB |
| Plaintiff, | |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | |
| Defendant. | |

The court has received the Notice of Related Cases concerning the above-captioned cases filed May 2, 2013. See Local Rule 123, E.D. Cal. (1997).

///

1

The court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so. This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this Court.

   IT IS SO ORDERED.

Dated:  May 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT