UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE DANIELS, et al., | No. 2:10-cv-00003-MCE-AC |
| Plaintiffs, | |
| v. | **ORDER** |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | |
| Defendant. | |

Presently before the Court is Plaintiffs' Ex Parte Application for Order Extending Time to File Oppositions to Defendants' Motions for Summary Judgment ("Application"). (ECF No. 71.)  Defendant does not oppose Plaintiffs' request, so long as Defendant is permitted adequate time to file a reply.  (ECF No. 74.)  Good cause appearing, the Court hereby GRANTS Plaintiffs' Application (ECF No. 71) and ORDERS as follows:

    1.    The hearing on Defendants' Motions for Summary Judgment (ECF Nos. 65, 66 & 67) currently set for August 8, 2013, is hereby vacated and continued to **August 22, 2013, at 2:00 p.m.** in Courtroom 7.

///

1

2. Plaintiffs' Oppositions to Defendants' Motions for Summary Judgment shall be filed **no later than August 1, 2013**.

3. Defendants' Reply to Plaintiffs' Oppositions, if any, shall be filed **no later than August 15, 2013.**

4. The Court's Amended Pretrial Scheduling Order (ECF Nos. 39 & 41) is hereby modified to state that (1) the last day to hear dispositive motions shall be **August 22, 2013**; (2) any opposition to a dispositive motion shall be filed at least three weeks prior to the hearing; and (3) any reply shall be filed at least one week prior to the hearing. All other dates and deadlines set forth in the Court's Amended Pretrial Scheduling Order remain in effect until the Court rules on Plaintiffs' pending Motion to Modify the Pretrial Scheduling Order (ECF No. 54).

IT IS SO ORDERED.

Dated: July 29, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT