UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE DANIELS, ET AL., | No.  2:10-cv-0003-MCE-AC |
| Plaintiffs, | |
| v. | **ORDER CONTINUING TRIAL** |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | |
| Defendant. | |

YOU ARE HEREBY NOTIFIED the Jury trial is vacated and continued to **February 24, 2014**, at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **December 5, 2013**.  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

Accordingly, the November 14, 2013 Final Pretrial Conference is vacated and continued to **December 19, 2013**, at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **November 29, 2013** and shall comply with the procedures outlined in the Court's Pretrial Scheduling Order.  The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference. Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **November 29, 2013**.

1

1   Oppositions must be filed by **December 5, 2013** and any reply must be filed by

2   **December 12, 2013.**  The motions will be heard by the Court at the same time as the

3   Final Pretrial Conference.

4        IT IS SO ORDERED.

5

6   Dated: September 20, 2013

7

8

9   _____

10  MORRISON C. ENGLAND, JR
    UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28