UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE DANIELS, et al., | No. 2:10-cv-00003 MCE-AC |
| Plaintiffs, | |
| v. | AMENDED ATTACHMENTS C AND D TO FINAL PRETRIAL ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | TRIAL DATE: March 3, 2014<br>TIME: 9:00 a.m. |
| Defendant. | |

After reviewing the parties' objections to the Final Pretrial Order, the Court amends the parties' exhibit lists as shown on Attachments C and D.

IT IS SO ORDERED.

Dated: February 28, 2014

MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

1