KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
SCOTT H. WYCKOFF, State Bar No. 191367
Supervising Deputy Attorney General
KRISTIN M. DAILY, State Bar No. 186103
Deputy Attorney General
AMY LINDSEY-DOYLE
Deputy Attorney General, State Bar No. 242205
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-6989
 Fax: (916) 324-5567
 E-mail: Kristin.Daily@doj.ca.gov
*Attorneys for Defendant California Department of Corrections & Rehabilitation*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **YVETTE DANIELS, MARIA AGUILAR AND KAREN CURRIE, individually and on behalf of all persons similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,**<br><br>Defendants. | 2:10-CV-00003-MCE-AC<br><br>**JUDGMENT**<br><br><br>Judge: The Honorable Morrison C. England, Jr.<br>Action Filed: December 31, 2009 |

Pursuant to this Court's order on November 1, 2013, ECF No. 96, granting Defendant California Department of Corrections and Rehabilitation's motion for summary judgment against Plaintiff Karen Currie,

///

1

1 | IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ORDERED AGAINST
2 | PLAINTIFF KAREN CURRIE AND IN FAVOR OF DEFENDANT CALIFORNIA
3 | DEPARTMENT OF CORRECTIONS AND REHABILITATION.
4 |     IT IS SO ORDERED.
5 | Dated: April 8, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT